BURLINGTON SEWERAGE COMPANY, RESPONDENT, v. THE CITY OF BURLINGTON, APPELLANT.

Argued June 20, 1918—Decided November 18, 1918.

On appeal from the Supreme Court.

For the appellant, *Ernest Watts* and *V. Claude Palmer.*

For the respondent, *Gilbert Collins.*

PER CURIAM.

The questions presented on this appeal are identical with those discussed and decided at the present term in the case of *Collingswood Sewerage Co.* v. *Borough of Collingswood* (*post p.* 509).

For the reasons stated in our opinion in that case the judgment brought up by the present appeal will be affirmed.

*For affirmance*—THE CHIEF JUSTICE, PARKER, BERGEN, KALISCH, BLACK, HEPPENHEIMER, WILLIAMS, JJ.   7.

*For reversal*—THE CHANCELLOR, WHITE, TAYLOR, JJ.   3.